UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

TAMEKA L. PARKER,

        Plaintiff,

    v.

ZOOX, INC.,

        Defendant.

Case No. 2:25-cv-02513-JAD-EJY

**REPORT and RECOMMENDATION**

Pending before the Court is an instant action titled *Parker v. Zoox, Inc.* The content of the Complaint in this matter (ECF No. 1-1) is an exact duplicate of the content in the Complaint proceeding before Judges Boulware and Koppe. *See* Case No. 2:25-cv-1898-RFB-NJK (the "1898 Matter"), ECF No. 9.

"Plaintiffs generally have no right to maintain two separate actions involving the same subject matter at the same time in the same court and against the same defendant." *Adams v. Cal. Dept. of Health Servs.*, 487 F.3d 684, 688 (9th Cir. 2007), *overruled on other grounds by Taylor v. Sturgell*, 553 U.S. 880 (2008), (cleaned up) (quoting *Walton v. Eaton Corp.*, 563 F.2d 66, 70 (3d Cir. 1977)). "Two actions are in the 'same court' within the meaning of the claim-splitting doctrine when both were filed in federal court." *Almaznai v. S-L Distr. Co.*, Case No. 20-cv-08487-JST, 2021 WL 4457025, at *5 n.5 (N.D. Cal. June 21, 2021).

What is undeniable is that the substance of the Complaint in this case duplicates the substance of the Complaint in the 1898 Matter. The cases are brought by the same Plaintiff (Tameka Parker) against the same Defendant (Zoox) in the same court (the U.S. District Court for the District of Nevada). Given these facts, the Court finds permitting the instant matter to proceed would be contrary to well settled law.

Accordingly, IT IS HEREBY RECOMMENDED that Plaintiff's Complaint in *Parker v. Zoox*, Case No. 25-cv-2513-JAD-EJY be dismissed and this action be closed in its entirety.

IT IS FURTHER RECOMMENDED that no further filings be accepted in this action.

1

IT IS FURTHER RECOMMENDED that any filings submitted bearing the case number of this action be redirected to Case No. 25-cv-1898.

Dated this 29th day of December, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Under Local Rule IB 3-2, any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within fourteen (14) days. The Supreme Court holds the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). The Ninth Circuit also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst,* 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

2